Submitted on record and briefs February 28, affirmed March 28, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

LARRY SCOTT KORHONEN,
*Defendant-Appellant.*

Lincoln County Circuit Court
023884; A124102

156 P3d 83

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Mary Shannon Storey, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Christina M. Hutchins, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Vazquez-Escobar,* 211 Or App 115, 153 P3d 168 (2007); *State v. Brown,* 200 Or App 427, 115 P3d 254, *rev den,* 339 Or 544 (2005).